*Emilie M. Bullowa* and *Ferdinand E. M. Bullowa* for appellant.

*L. E. Schlechter* and *Jacob Zelenko* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.

---

THOMAS J. COYNE, as Administrator of the Estate of MARY E. BOYLE, Deceased, Appellant, *v.* VALLEY STREAM REALTY COMPANY, Respondent.

*Coyne* v. *Valley Stream Realty Co.*, 166 App. Div. 696, affirmed.
(Argued October 30, 1916; decided November 21, 1916.)

APPEAL from a judgment, entered May 20, 1915, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff, entered upon a decision of the court at a Trial Term without a jury and directing a dismissal of the complaint. This action was brought to recover moneys paid by plaintiff's decedent to the defendant under a contract dated June 22, 1907, made between the defendant and said decedent for the purchase on installment payments of lots at Valley Stream, which contained the provision that "In the event of the death of the party of the second part, before the completion of this contract, and provided no payment hereunder is in arrears, the party of the first part shall, upon demand, pay to the heirs, executors or administrator of the party of the second part, upon the proper proof of such death, with full surrender and release of this contract and all rights thereunder, all money paid hereunder with interest at 4 per cent per annum." Defendant contended that by reason of the failure of plaintiff's decedent to make all the monthly payments on the dates provided for by the contract there were payments in arrears at the date of

39

her death and plaintiff could not, therefore, recover in this action.

*Richard B. Hand* and *J. Baldwin Hand* for appellant.

*Benjamin Reass, Hugo Hirsh* and *Emanuel Newman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ.

---

ELLEN FITZSIMONS, as Administratrix of the Estate of PETER FITZSIMONS, Deceased, Respondent, *v.* FELIX ISMAN, Appellant.

*Fitzsimons v. Isman*, 166 App. Div. 262, affirmed.
(Argued October 30, 1916; decided November 21, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 8, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant. On November 1, 1912, at about one A. M., a fine clear morning, decedent, a police officer, while in the performance of his duty, was struck and killed by defendant's automobile proceeding south on the west drive of Central Park between Seventy-third and Seventy-fourth streets.

*Theodore H. Lord* and *Lyman A. Spalding* for appellant.

*James M. Donohue* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, CARDOZO and POUND, JJ.